No. 63926.—International Expediters, Inc. v. United States, protest 59/6939 (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 63927.—Intercontinental Metal Corporation v. United States, protest 59/10691 (New York).

Opinion by LAWRENCE, J. The protest was dismissed.